# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NAOMI SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>WAFFLE HOUSE, INC.,<br><br>Defendant. | CASE NO. 08-CV-00771-L<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Naomi Scott hereby stipulates to the dismissal of her Complaint against Waffle House, Inc., without prejudice. The parties further stipulate that each party shall bear its own costs of this action.

Dated this 5th day of November, 2008.

Respectfully submitted,

| s/Dustin Hopson | s/ Alan L. Rupe |
|---|---|
| Dustin Hopson | Alan L. Rupe     OBA# 20440 |
| Babbit & Mitchell Law Firm | KUTAK ROCK LLP |
| 9905 S Pennsylvania Ave | 8301 East 21st Street North, Suite 370 |
| Oklahoma City, OK 73159 | Wichita, KS 67206 |
| Telephone: 405.692.7676 | Telephone: 316.609.7900 |
| Facsimile: 405.692.7670 | Facsimile: 316.630.8021 |
| djhopson@babbitandmitchell.com | alan.rupe@kutakrock.com |
| Attorney for Plaintiff | Attorneys for Defendant |

4846-9548-2371.1/1